GRANTED
*[signature]*
Judge Maria-Elena James

1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile:  (510) 583-3660

6  Attorneys for Defendants CITY OF HAYWARD
   and K. LANDRETH

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 YGNACIO FLORES,                  )   CASE NO. C-10 02396 (MEJ)
                                    )
11              Plaintiff,          )   NOTICE OF UNAVAILABILITY OF
                                    )   DEFENDANTS' COUNSEL FOR INITIAL
12      -vs-                        )   CASE MANAGEMENT CONFERENCE
                                    )
13 CITY OF HAYWARD; K. LANDRETH,    )
                                    )
14              Defendants.         )
                                    )
15 _____   )

16      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17      Notice is hereby given that Defendants' counsel is unavailable for the initial case

18 management conference currently scheduled for September 9, 2010 at 10:00 a.m.  Randolph S.

19 Hom, counsel for Defendants City of Hayward, and K. Landreth ("City Defendants") is co-

20 defense counsel in City of Hayward v. California State University, et al., Alameda County

21 Superior Court Case No. RG 09481095 which is scheduled for trial on September 9, 2010 at 9:00

22 a.m. in Oakland, California.

23      Although Plaintiff filed his Complaint in the within action on May 28, 2010, Defendants

24 were not served until July 19, 2010. On or about July 28, 2010, Defendants anticipate filing a

25 Motion to Dismiss in response to the Complaint with a hearing date scheduled for on or about

26 ///

27 ///

1 | September 23, 2010. Given these circumstances, Defendants respectfully request that the initial
2 | case management conference be postponed until after the hearing on the Motion to Dismiss.

DATED:   July 28, 2010                    MICHAEL S. LAWSON, City Attorney


By:_____/S/_____
RANDOLPH S. HOM, Assistant City Attorney
Attorneys for Defendants CITY OF HAYWARD
and K. LANDRETH