# UNITED STATES DISTRICT COURT

## Northern District of California

YGNACIO FLORES,

               Plaintiff,

  v.

CITY OF HAYWARD, et al.,

               Defendants.
_____/

No. C 10-2396 MEJ

**ORDER CONTINUING CMC**

The Court is in receipt of the parties' Joint Case Management Conference Statement, filed September 22, 2010. (Dkt. #20.) At the parties' request, the Court hereby CONTINUES the Case Management Conference to January 27, 2010 at 10:00 a.m. in Courtroom B. The parties shall file a joint status report by January 20, 2010.

**IT IS SO ORDERED.**

Dated: September 23, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge