UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| YGNACIO FLORES,<br><br>             Plaintiff,<br>   v.<br>CITY OF HAYWARD, et al.,<br><br>             Defendants.<br>_____/ | No. C 10-2396 MEJ<br><br>**ORDER CONTINUING CMC** |

The Court is in receipt of the parties' Joint Case Management Statement, filed January 19, 2011. As the parties have not completed the mediation process, the Court hereby CONTINUES the case management conference to March 17, 2011 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: January 19, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge