1 | MICHAEL S. LAWSON (SBN 048172)
City Attorney
2 | RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
3 | CITY OF HAYWARD
777 "B" Street
4 | Hayward, California 94541
Telephone: (510) 583-4450
5 | Facsimile: (510) 583-3660

6 | Attorneys for Defendants CITY OF HAYWARD,
and K. LANDRETH
7 |
FRANK L. TRIDENTE (SBN 98273)
8 | Attorney at Law
24072 Myrtle Street
9 | Hayward, California 94541
Telephone: (510) 581-5000
10 | Facsimile: (510) 581-5026

11 | Attorneys for Plaintiff YGNACIO FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YGNACIO FLORES, | ) | Case No:. C 10 -02396 (MEJ) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND (PROPOSED) |
| | ) | ORDER FOR EXTENSION OF TIME TO |
| -vs- | ) | COMPLETE MEDIATION |
| | ) | |
| CITY OF HAYWARD, and K. LANDRETH, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

All parties hereby stipulate and agree by and through their respective counsel as follows:

That on March 1, 2011, defendants served plaintiff Ygnacio Flores ("Flores") with notice of his deposition scheduled for April 4, 2011.

That on March 31, 2011, plaintiff's counsel advised defendants that Flores was not available for his deposition.

---

Flores. v. City of Hayward, et al.
Case No. C-10 02396 (MEJ)                    1        Stipulation for Extension of Time to Complete Mediation

1   That on April 20, 2011, plaintiff's counsel further advised that Flores was not available to appear at the second mediation session rescheduled at his request to May 23, 2011.

   That due to Flores' recent incarceration related to revocation of his state parole, that he will not be available to participate in the within action, including mediation, until his projected release on or about July 18, 2011.

   That in the interests of judicial economy, the parties request that the deadline to complete the mediation in this matter be extended to August 31, 2011, and that the case management conference currently scheduled for June 9, 2011 be reset to a date after the completion of said mediation.

FRANK L. TRIDENTE, Attorney at Law

Dated: May 6, 2011        By:   /s/
                                FRANK L. TRIDENTE
                                Attorney for Plaintiff

MICHAEL S. LAWSON, City Attorney,

Dated: May 6, 2011        By:   /s/
                                RANDOLPH S. HOM
                                Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The c.m.c. is VACATED.

Dated: May 17, 2011
_____
MAGISTRATE JUDGE MARIA ELENA JAMES