Frank L. Tridente, Bar #98273
Attorney at Law
Hayward, CA 94541
Telephone: (510) 581-5000
Facsimile: (510) 581-5026

Attorney for Plaintiff Ygnacio Flores

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YGNACIO FLORES<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, and K. LANDRETH,<br><br>Defendants. | Case Number: C10-02396 (MEJ)<br><br>STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION |

## STIPULATION

ALL PARTIES HEREBY STIPULATE AND AGREE by and through their respective counsel as follows:

That pursuant to ADR conference on August 29, 2011, and due to the unavailability of plaintiff due to his 6 month incarceration, and plaintiff's counsel, who is a sole practitioner, involvement in preparation of 2 trials, during the previous mediation period, and in the interests of justice, the parties request that the deadline to complete the mediation in this matter be extended 120 days to December 28, 2011, and that the case management conference be reset to a date after completion of said mediation.

Dated: September 2, 2011

_____
Randolp Hom, Assistant City Attorney
Attorney for Defendants


1  Dated: September 2, 2011

FRANK L. TRIDENTE
Attorney for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 7, 2011

MAGISTRATE JUDGE MARIA ELENA JAMES

Stipulation for Extension of Time to Complete Mediation