1  Frank L. Tridente, Bar #98273
   Attorney at Law
2  Hayward, CA 94541
   Telephone: (510) 581-5000
3  Facsimile: (510) 581-5026

4  Attorney for Plaintiff Ygnacio Flores

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  YGNACIO FLORES                    | Case Number: C10-02396 (MEJ)
10         Plaintiff,                 |
                                      | STIPULATION AND (PROPOSED)
11      vs.                           | ORDER FOR EXTENSION OF TIME TO
                                      | COMPLETE MEDIATION
12 CITY OF HAYWARD, and K.            |
   LANDRETH,                          |
13                                    |
14                                    |
           Defendants.                |
15

16                              STIPULATION

17     ALL PARTIES HEREBY STIPULATE AND AGREE by and through their respective

18 counsel as follows:

19     That pursuant to ADR conference on December 15, 2011, and due to a mediation session

20 not scheduled due to the unavailability dates and counsel and constraints of time, and in the

21 interests of justice, the parties request that the deadline to complete the mediation in this matter be

22 extended 90 days to March 28, 2011, and that the case management conference be reset to a date

23 after completion of said mediation. CMC scheduled for 4/5/2012, Joint Statement due 3/29/12.

24

25 Dated: December 22, 2011

                                      Randolph S. Hom, Assistant City Attorney
26                                    Attorney for Defendants

27

28

Dated: December 27, 2011

FRANK L. TRIDENTE
Attorney for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/3/2012

MAGISTRATE JUDGE MARIA ELENA JAMES

Stipulation for Extension of Time to Complete Mediation