Frank L. Tridente, Bar #98273
Attorney at Law
Hayward, CA 94541
Telephone: (510) 581-5000
Facsimile: (510) 581-5026

Attorney for Plaintiff Ygnacio Flores

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YGNACIO FLORES | Case Number: C10-02396 (MEJ) |
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO COMPLETE MEDIATION |
| CITY OF HAYWARD, and K. LANDRETH, | |
| Defendants. | |

## STIPULATION

ALL PARTIES HEREBY STIPULATE AND AGREE by and through their respective counsel as follows:

That pursuant to ADR conference on December 15, 2011, and due to a mediation session not scheduled due to the unavailability dates and counsel and constraints of time, and in the interests of justice, the parties request that the deadline to complete the mediation in this matter be extended 90 days to March 28, 2011, and that the case management conference be reset to a date after completion of said mediation. CMC scheduled for 4/5/2012, Joint Statement due 3/29/12.

Dated: December 22, 2011

Randolph S. Hom, Assistant City Attorney
Attorney for Defendants

Dated: December 27, 2011

FRANK L. TRIDENTE
Attorney for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/3/2012

MAGISTRATE JUDGE MARIA ELENA JAMES

Stipulation for Extension of Time to Complete Mediation