UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| YGNACIO FLORES, | No. C 10-02396 MEJ |
| Plaintiff(s), | **NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF HAYWARD, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Case Management Conference, scheduled to take place on April 5, 2012, has been continued to July 19, 2012 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The parties shall file a joint case management statement by July 12, 2012.

Dated: March 30, 2012

_____
Brenda Tolbert, Courtroom Deputy to
Maria-Elena James,
Chief United States Magistrate Judge