Frank L. Tridente, Bar #98273
Attorney at Law
24072 Myrtle Street
Hayward, Ca 94541
T: (510) 581-5000
F: (510) 581-5026

Attorney for Plaintiff Ygnacio Flores

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YGNACIO FLORES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, a municipal Corporation; K. LANDRETH, individually and in his capacity as a police officer for the City of Hayward; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. C10-02396 MEJ<br><br>NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

TO THE COURT AND ALL PARTIES in the above-entitled action:

The parties in the above-entitled action have reached a settlement resolving all the causes of action. The parties have prepared and fully executed a Settlement Agreement and General Release reciting the terms of the settlement. In addition, the Defendants shall tender the agreed upon Settlement draft to Plaintiff upon filing of this dismissal. Therefore, Plaintiff respectfully requests that future court dates in this action be vacated from the Court's calendar, and that this Court dismiss the matter with prejudice.

DATED: June 25, 2012

　　　　　　　　　　　　　　By:　　/s/ Frank L. Tridente
　　　　　　　　　　　　　　　　　　Frank L. Tridente
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Ygnacio Flores

ORDER

IT IS SO ORDERED.

DATED: July 2, 2012

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

06/29/2012 13:55  5105815026  LAW OFFICES  PAGE 02/02